UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Kyra Fay Siverly** | § | **CASE NO. 15-00283** |
| **Sean Paul Siverly** | § | **HON. John T Gregg** |
| Debtor(s) | § | |
| | § | |

### ORDER DISMISSING CHAPTER 13 CASE

THIS MATTER having come before the Court on Motion of the Debtor; and the Court finding that the Debtor wishes to dismiss this Chapter 13 proceeding pursuant to 11 U.S.C. § 1307(b); NOW THEREFORE,

IT IS ORDERED that this Chapter 13 Proceeding is hereby dismissed without prejudice to re-filing. All further stay of proceedings are terminated. The Trustee shall file the final report and account. All Orders which have been entered, if any, requiring the employer of the debtor(s) to submit monies to the Chapter 13 Trustee are hereby terminated as of the date of this Order. The Debtor shall pay all unpaid filing fees and court costs within 20 days from the date of this Order. The Clerk shall serve a copy of the Notice of Order Dismissing Case upon the Debtor(s), Attorney for the debtor(s), Trustee and all creditors and parties of interest appearing of record herein.

END OF ORDER